No. 21.  GEM MANUFACTURING Co. *v.* PACKARD MOTOR CAR Co.  Certiorari, 341 U. S. 930, to the United States Court of Appeals for the Seventh Circuit.  September 28, 1951.  Dismissed per stipulation pursuant to Rule 35 of the Rules of this Court.  *Charles B. Cannon* and *Geo. H. Wallace* for petitioner.  *Harry W. Lindsey, Jr.* and *Lowell C. Noyes* for respondent.  █

OCTOBER 8, 1951.

No. 31.  LOS ANGELES BUILDING & CONSTRUCTION TRADES COUNCIL ET AL. *v.* LEBARON, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD.  █

█ *Per Curiam:* The petition for writ of certiorari is granted.  The judgment of the Court of Appeals is vacated and the case is remanded to the United States District Court for the Southern District of California with directions to vacate its judgment and to dismiss the petition upon the ground that the cause is moot.  *Maurice J. Nicoson* for petitioners.  *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Winthrop A. Johns* for respondent.  █